IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02271-AP

ANTHONY DARNELL DAVIS,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    ALAN M. AGEE
    512 S. 8th Street
    Colorado Springs, CO 80905
    (719) 473-1515
    ageealanmpc@qwestoffice.net

    For Defendant:
    JOHN F. WALSH
    United States Attorney

    J. BENEDICT GARCÍA
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado

    THOMAS H. KRAUS
    Special Assistant United States Attorney
    Social Security Administration, Region VIII
    Office of the General Counsel
    1961 Stout St., Ste. 4169
    Denver, CO 80294-4003
    (303) 844-0017
    tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 8/23/13

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 8/28/13

    C.    **Date Answer and Administrative Record Were Filed:** 11/19/13

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**A.    Plaintiff's Statement:**

Plaintiff states that he anticipates filing a MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND/OR FOR REMAND FOR CONSIDERATION OF NEW AND MATERIAL EVIDENCE UNDER SENTENCE SIX OF 42 U.S.C. § 405(g) pertaining to a VA rating report dated September 16, 2013.  The VA rating report will be attached to the motion.

The sixth sentence of § 205(g) provides that the Court may "order additional evidence to be taken before the Commissioner of Social Security . . . upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding . . . ."  The evidence is new because it did not exist at the time of the ALJ's decision.  The evidence is material because the VA rating further supports the VA evidence that the Appeals Council considered and included in the certified administrative transcript at 6F, and shows that Plaintiff's mental impairment results in greater limitation than the ALJ found.  Good Cause exists because the Plaintiff has a severe mental impairment and was unrepresented at the hearing and before the Appeals Council.

**B.    Defendant's Statement:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

**8.  BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** 1/21/14

      B.      **Defendant's  Response Brief Due:** 3/4/14

      C.      **Plaintiff's  Reply Brief (If Any) Due:** 3/18/14

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:**  Oral Argument is not requested.

      B.      **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 9th  day of <u>December</u>, 2013.

                                                  BY THE COURT:

                               *S/John L. Kane*  
                               U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Alan M. Agee                          JOHN F. WALSH  
ALAN M. AGEE                        UNITED STATES ATTORNEY  
512 S. 8th Street  
Colorado Springs, CO 80905       J. BENEDICT GARCÍA  
(719) 473-1515                        Assistant United States Attorney  
ageealanmpc@qwestoffice.net      United States Attorney's Office  
                                      District of Colorado

Attorney for Plaintiff

                                      s/ Thomas H. Kraus  
                                      By: THOMAS H. KRAUS  
                                      Special Assistant U.S. Attorney  
                                      Social Security Administration, Region VIII  
                                          Office of the General Counsel  
                                          1961 Stout St., Ste. 4169  
                                          Denver, CO 80294-4003  
                                           (303) 844-0017  
                                    tom.kraus@ssa.gov

                                      Attorneys for Defendant